

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00077-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC**, Servicer and Attorney-in-Fact for Wells
Fargo Bank, N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset
Backed Pass Through Certificates, as Assignee and Successor to New Century Mortgage
Corporation,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18492
Honorable Renée Yanta, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Brief is hereby GRANTED. The
appellants' brief is due on or before July 8, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court